1 Jeremy T. Bergstrom, Esq.
Arizona Bar No. 19399
2 MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
3 Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
4 File No. 11-90800

5 Attorneys for Secured Creditor,
BANK OF AMERICA, N.A.
6

7 UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA
8

| | |
|---|---|
| In re: | Chapter 13 |
| ANDREW F NUTIMA, JR<br>Debtor | Case No.: 2:11-bk-11215-CGC |
| BANK OF AMERICA, N.A.,<br>Movant,<br><br>vs.<br><br>ANDREW F NUTIMA, JR, Debtor;<br>EDWARD J. MANEY, Trustee,<br>Respondents | **Property Address**<br>6719 North 33rd Avenue<br>Phoenix, AZ 85017 |

### STIPULATED ORDER TERMINATING THE AUTOMATIC STAY

IT IS HEREBY STIPULATED BY AND BETWEEN Secured Creditor, BANK OF

AMERICA, N.A., through its counsel, Jeremy T. Bergstrom, Esq., of the law firm of Miles,

Bauer, Bergstrom & Winters, LLP and Debtor, ANDREW F NUTIMA, JR, through his counsel,

Gervais R. Brand, Esq., and the Chapter 13 Trustee, EDWARD J. MANEY, as follows:

1. That the Automatic Stay in the above-entitled Bankruptcy case is terminated and

extinguished for all purposes as to Secured Creditor, BANK OF AMERICA, N.A., its assignees

and/or successors in interest. Secured Creditor may proceed or continue with a foreclosure of

and hold a Trustee's Sale of the subject Property generally described as 6719 North 33rd

1

1  Avenue, Phoenix, AZ 85017 ("Property" herein) and may commence any action necessary to

2  obtain complete possession of the subject Property.

3       3. That this Stipulated Order is binding in any conversion of the subject bankruptcy

4  proceeding.

5       4. That the fourteen (14) day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6

7  SO STIPULATED

8

  DATED: November 30, 2011       By:_____

9                                     Jeremy T. Bergstrom, Esq.
                                   Attorney for Secured Creditor

10                                    BANK OF AMERICA, N.A.

11 SO STIPULATED

12

  DATED: 11/30/2011         _____

13                                    GERVAIS R. BRAND
                                   Attorney for Debtor

14

15 SO STIPULATED

16

  DATED:_____

17                                    EDWARD J. MANEY
                                   Chapter 13 Trustee

18

19

20      IT IS SO ORDERED this _____ day of _____, 2011.

21

22                           _____

23                           UNITED STATES BANKRUPTCY JUDGE

  (11-90800/azslpots.dot/slw)

24

2